IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- x
FREEPLAY MUSIC LLC,                        :
                                           :
    *Plaintiff*,                          :
                                           :
                                           :
    -against-                             :    Civ. No. 1:10-CV- 0635 (SAS/HBP)
                                           :
SPORTSBRAND MEDIA GROUP, NBA TV            :
LLC, TURNER SPORTS, INC., TURNER           :    **ANSWER TO CROSS-CLAIM OF**
BROADCASTING SYSTEM, INC. AND              :    **DEFENDANT NBA PROPERTIES, INC.**
NATIONAL BASKETBALL                        :
ASSOCIATION, INC.,                         :
                                           :
    *Defendants*.                         :
----------------------------------------- x

    Defendant Sportsbrand Media Group ("SMG") responds to Defendant NBA Properties, Inc.'s ("NBAP") Cross-Claim (the "Cross-Claim") as follows (the numbered paragraphs below correspond to those appearing in the Cross-Claim).

    64.    Admitted.

    65.    Admitted.

    66.    Admitted.

    67.    Denied.

    Defendant SMG denies the allegations in the Prayer section of the Cross-Claim.

## AFFIRMATIVE DEFENSES

**First Affirmative Defense**

    The Cross-Claim fails to state a claim upon which relief can be granted.

**Second Affirmative Defense**

    Any injury that Defendant may have allegedly suffered is a result of independent acts taken by third parties for which SMG is not responsible.

**Third Affirmative Defense**

Defendant's claims are barred by its failure to mitigate damages.

Wherefore, SMG prays for relief as follows:

1. Defendant NBAP's Cross-Claim be dismissed with prejudice;

2. The Court deny all relief requested by Defendant NBAP;

3. The Court issue judgment awarding to SMG its costs of suit incurred in this action including attorneys' fees; and

4. The Court grant SMG such further relief to which it may be entitled.

Dated: May 21, 2010.                    Respectfully submitted,

                                        FULBRIGHT & JAWORSKI L.L.P.


                                        /s/ Mark N. Mutterperl
                                        Mark N. Mutterperl
                                        666 Fifth Avenue, 31st Floor
                                        New York, New York 10103
                                        Telephone: (212) 318-3000
                                        Facsimile: (212) 318-3400

                                        *Attorneys for Defendant*
                                        *SPORTSBRAND MEDIA GROUP*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Mark N. Mutterperl
Mark N. Mutterperl