Scheindlin, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
FREEPLAY MUSIC L.L.C., : Index No. 10 Civ. 0635
: (SAS)(HBP)
                 Plaintiff, :
:
   -against- :
: **STIPULATION AND**
SPORTSBRAND MEDIA GROUP, NBA TV L.L.C., : **ORDER OF**
 TURNER SPORTS, INC. TURNER BROADCASTING : **DISMISSAL WITH**
SYSTEM, INC. and NATIONAL BASKETBALL : **PREJUDICE AS TO**
ASSOCIATION, INC. : **SPORTSBRAND MEDIA**
: **GROUP**
                 Defendants. :
---------------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED** by and among plaintiff Freeplay Music LLC ("Freeplay") and defendant Sportsbrand Media Group ("Sportsbrand") that the above-captioned action is dismissed and discontinued with prejudice as to Sportsbrand pursuant to Rule 41 of the Federal Rules of Civil Procedure Plaintiff Freeplay and Defendant Sportsbrand to bear their own attorneys' fees and costs solely with respect to their claims against one another.

Dated:      New York, New York
              May 4, 2011



| | |
|---|---|
| THE GIOCONDA LAW GROUP PLLC | FULBRIGHT & JAWORSKI L.L.P. |
| By: *(signature)* <br> Joseph C. Gioconda | By: *(signature)* <br> Mark N. Mutterperl |
| One Penn Plaza, 36th Floor <br> New York, New York 10119 <br> Tel: (212) 786-7549 <br> Facsimile: (888) 697-9665 | 666 Fifth Avenue <br> New York, New York 10103 <br> Tel.: (212) 318-3183 <br> Facsimile: (212) 318-3400 |
| *Attorneys for Plaintiff* <br> FREEPLAY MUSIC L.L.C. | *Attorneys for Defendant* <br> SPORTSBRAND MEDIA GROUP |

**SO ORDERED:**

*(signature)*

Hon. Shira A. Scheindlin
United States District Judge

5/5/11