UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

FREEPLAY MUSIC LLC,

          Plaintiff,

- against -

SPORTSBRAND MEDIA GROUP, NBA TV,
LLC, TURNER SPORTS, INC., TURNER
BROADCASTING SYSTEM, INC., and
NATIONAL BASKETBALL
ASSOCIATION, INC.

          Defendants.

------------------------------------------------------------ X

**ORDER EXTENDING TIME TO APPLY FOR RESTORATION OF ACTION**

10 Civ. 635 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      On May 2, 2011, this Court ordered the above-captioned case discontinued with prejudice but without costs, provided, however, that within thirty (30) days, counsel for either side could apply by letter for restoration of the action to the calendar of the undersigned if the settlement was not effected, in which event the action would be restored.[1] The parties having requested an additional thirty (30) days to apply for restoration of the action to the calendar, IT IS HEREBY ORDERED that the parties have until thirty (30) days from the date of

---

[1] See Docket No. 37.

this Order to apply by letter for restoration of the action, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   June 1, 2011
         New York, New York

- Appearances -

**For Plaintiff:**

Joseph C. Gioconda, Esq.
The Gioconda Law Group PLLC
One Penn Plaza, 36th Floor
New York, NY 10119
(212) 786-7549


**For Defendant Sportsbrand Media Group:**

Mark N. Mutterperl, Esq.
Charles S. Baker, Esq.
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103
(212) 318-3183

**For Defendants NBA TV LLC, Turner Sports Inc., Turner Broadcasting Systems Inc., National Basketball Association:**

G. Robert Gage, Jr., Esq.
Laura-Michelle Rizzo, Esq.
Gage, Spencer & Fleming, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900