# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

July 15, 2011

<u>Via Facsimile</u>

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/11

Re: *Freeplay Music L.L.C. v. Sportsbrand Media Group, et al.*
No. 10 CIV 0635 (S.D.N.Y.) (SAS)

Dear Judge Scheindlin:

We represent defendants NBA T.V. L.L.C., Turner Sports, Inc., Turner Broadcasting System, Inc. and National Basketball Association, Inc. (the "NBA defendants") in the above-captioned action.

We write on behalf of all parties to request that the Court's July 1, 2011 Order Extending Time to Apply for Restoration be extended an additional fourteen (14) days until July 29, 2011.

As we previously reported to the Court, and as all parties discussed with Your Honor's chambers this morning, both Sportsbrand and the NBA defendants believe the indemnification claim brought by the NBA defendants (the only remaining claim in the case) will be resolved shortly. The NBA defendants and Sportsbrand are requesting an additional two weeks to allow them to complete the details of the settlement, which has taken slightly longer than the parties anticipated in part because of Sportsbrand's location in Australia and the need for a Board in London to approve the settlement on behalf of Sportsbrand.

*Request granted. Plaintiffs may have until July 29, 2011 to restore this case to the calendar. So Ordered. [signature] USDJ 7/18/11*

Letter to Honorable Shira A. Scheindlin
July 15, 2011
Page 2 of 2

We appreciate the Court's consideration of this matter.

Respectfully submitted,

G. Robert Gage, Jr.

cc:   Charles S. Baker (via facsimile)
      (713) 651-5246

      Joseph C. Gioconda (via facsimile)
      (888) 697-9665