UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FREEPLAY MUSIC L.L.C.,

                      Plaintiff,

    -against-

SPORTSBRAND MEDIA GROUP, NBA TV L.L.C.,
TURNER SPORTS, INC., TURNER BROADCASTING
SYSTEM, INC. and NATIONAL BASKETBALL
ASSOCIATION, INC.,

                      Defendants.
-------------------------------------------------------x

Index No. 10 Civ. 0635
(SAS)(HBP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/11

STIPULATION AND
ORDER OF
DISMISSAL WITH
PREJUDICE AS TO
THE CROSS-CLAIM
AGAINST SPORTSBRAND
MEDIA GROUP

**IT IS HEREBY STIPULATED AND AGREED** by and among defendant Sportsbrand Media Group ("Sportsbrand") and defendants NBA TV L.L.C., NBA Properties, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc. that the Cross-Claim for Indemnification against Sportsbrand in the above-captioned action is dismissed and discontinued with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:     New York, New York
            July 29, 2011

FULBRIGHT & JAWORSKI L.L.P.

By: _____
    Charles Baker, Esq.

Fulbright Tower
1301 McKinney
Suite 5100
Houston, TX 77010-3095

GAGE SPENCER & FLEMING LLP

By: _____
    G. Robert Gage, Jr., Esq.

410 Park Avenue
Suite 900
New York, New York 10022

Tel: (713) 651-8396  
Facsimile: (713) 651-5246

*Attorneys for Defendant*  
SPORTSBRAND MEDIA GROUP

Tel: (212) 768-4900  
Facsimile: (212) 768-3629

*Attorneys for Defendants*  
NBA TV L.L.C., TURNER SPORTS, INC., TURNER BROADCASTING SYSTEM, INC. and NATIONAL BASKETBALL ASSOCIATION, INC.

**SO ORDERED:**

_____  
Hon. Shira A. Scheindlin  
United States District Judge

7/29/11